IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE HAWKINS, | No. 4:22-CV-00280 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KEVIN JONES, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 19th day of October 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 25) pursuant to Federal Rule of Civil Procedure 12(b)(6) based on expiration of the statute of limitations is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's second motion for preliminary injunctive relief (Doc. 39) is **DISMISSED** as moot.

4. Plaintiff's motion "for transcripts and requested documents" (Doc. 40) is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge